IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV181**

| | |
|---|---|
| SUSAN LAND, RICK PERKINS, TERRY L. BEGLEY, PATRICIA CHITWOOD, BRENDA JENKINS, MARY BARNES and JUDI TUBEL, on behalf of themselves and all other similarly situated and/or consenting persons,<br><br>         Plaintiffs,<br><br>v.<br><br>GASTON COUNTY, NORTH CAROLINA,<br>         Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

  **THIS MATTER** is before the Court upon the motion of Plaintiffs to allow Dan Gertman to appear *Pro Hac Vice*, filed May 30, 2006.

  Upon careful review and consideration, this Court will grant the Plaintiffs' Application.

  In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Gertman is ordered to pay the admission fee of One Hundred ($100.00) Dollars each to the Clerk of Court within ten (10) days of the date of this Order.

  **IT IS SO ORDERED.**

                   Signed: June 1, 2006

                   Graham C. Mullen
                   United States District Judge