IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV181

| | |
|---|---|
| SUSAN LAND, RICKI PERKINS, TERRY L. BEGLEY, PATRICIA CHITWOOD, BRENDA JENKINS, MARY BARNES, and JUDI TEBEL, on behalf of themselves and all others similarly situated and/or consenting persons,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>GASTON COUNTY, NORTH CAROLINA,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　ORDER<br>)<br>)<br>) |

　　　THIS MATTER is before the Court on the its own motion. The record indicates that on October 4, 2006, the defendants were granted an extension to file their Response to Plaintiff's Motion for Class Certification and both parties were granted an extension to the deadline for completing the Initial Attorneys Conference due to a pending ADR. The record further indicates that Mediation was held on November 20, 2006, resulting in an impasse. No responses have subsequently been filed with the Court.

　　　IT IS THEREFORE ORDERED that Defendants are to file a response to Plaintiff's Motion for Class Certification forthwith. IT IS ALSO ORDERED that both parties are directed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A) forthwith.

　　　IT IS SO ORDERED.

Signed: January 4, 2007

Graham C. Mullen
United States District Judge