IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv181-MU

| | | |
|---|---|---|
| SUSAN LAND, *et al.*, on behalf of themselves and all other similarly situated and/or consenting persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| GASTON COUNTY, NORTH CAROLINA, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon its own motion. The court is informed that this case has been completely settled. Accordingly, the court hereby VACATES its Order of January 4, 2007 requiring the parties to make certain filings.

IT IS SO ORDERED.

Signed: January 9, 2007

Graham C. Mullen
United States District Judge